# Exhibit 4

### Claim Chart Showing Infringement of U.S. Patent No. 12,194,011

As outlined in the below claim chart, SynergyLabs has directly infringed and/or directly infringes, either literally or under the doctrine of equivalents, at least Claims 1-10 and 13-20 (the "Asserted Claims") of the '011 Patent through its manufacture, sale, offer for sale, importing, and/or use within the United States of its Wuffes Calming Chews ("the Accused Product"). Moreover, SynergyLabs has contributed to and/or contributes to others' direct infringement of the asserted claims.

The following chart is based on information known to date. Nutramax reserves the right to amend and update this chart as additional information is obtained and analyzed.[1] Nutramax further reserves the right to issue expert reports explaining in detail SynergyLabs' infringement of the '011 Patent.

---

[1] This exemplary chart does not limit, and is not intended to limit, Nutramax's positions or contentions on claim construction, infringement, or validity. Nutramax reserves the right to rely on other claims and/or products to establish infringement. Furthermore, this chart should not be construed as providing any positions on claim construction, such as, for example, whether any preamble should be limiting or whether any claim element is subject to 35 U.S.C. Section 112(f).

1

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **1[pre].** An anxiolytic composition, comprising | To the extent the preamble is limiting, the Accused Product is "an anxiolytic composition." <br><br> For example, the product label for Wuffes Calming Chews claims that the formulation is "clinically tested" and "promotes relaxation." <br><br>  |

2

| CLAIM | WUFFES CALMING CHEWS |
|-------|----------------------|
|       | The label also claims that the Wuffes Calming Chews are "[s]cientifically-formulated to promote a sense of relaxation and maintain calmness during environmentally-induced stress." <br><br> <br><br> Also, for example, Wuffes Calming Chews have been advertised on the Wuffes website as having anxiolytic properties: |

3

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  |  |

4

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **1[a].** a combination of L-theanine, at least one of *magnolia* and an extract of *magnolia,* and at least one of *phellodendron* and an extract of *phellodendron* in amounts synergistically effective to modulate one or more neurotransmitters. | The Accused Product comprises "a combination of L-theanine, at least one of *magnolia* and an extract of *magnolia,* and at least one of *phellodendron* and an extract of *phellodendron* in amounts synergistically effective to modulate one or more neurotransmitters."<br><br>According to statements from the Wuffes website and product label, the Wuffes Calming Chews contain 75 mg of Relora® (blend of Magnolia officinalis and Phellodendron amurense) and 35 mg of L-Theanine per 3g chew. |

5

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| |  |

6

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | **ACTIVE INGREDIENTS PER CHEW, (3g)**<br><br>Relora® – 75mg<br>L-Theanine – 35mg<br>L-Tryptophan – 35mg<br>Chamomile Extract – 50mg<br><br>These amounts of L-Theanine and Relora® (a blend of extracts of *magnolia* and *phellodendron*) provided in the Wuffes Calming Chews are synergistically effective to modulate one or more neurotransmitters and reduce or ameliorate symptoms of anxiety.<br><br>For example, Wuffes has equated the formulation in the Wuffes Calming Chews, which on information and belief are manufactured by SynergyLabs, to the formulation in Nutramax's Solliquin® products, relying on a 2017 study involving Solliquin® to claim that the Wuffes Calming Chews effectively reduce anxiety.<br><br>**The Research**<br><br>⊘ Significantly reduces cortisol levels in both dogs and humans, helping to downregulate the HPA axis and reduce stress (Talbott et al., 2013; Landsberg et al., 2017).<br>⊘ Improves mood scores by reducing tension, confusion, and fatigue, while increasing vigor and calmness (Talbott et al., 2013).<br>⊘ Demonstrated behavioral improvements within days of supplementation in dogs with thunderstorm anxiety (Landsberg et al., 2017 – Solliquin Study).<br>⊘ Reduces hyperactivity and anxiety-like behavior in response to noise stress (Landsberg et al., 2017).<br><br>Wuffes' reliance on the "Landsberg et al., 2017 – Solliquin Study" for showing the effectiveness of Wuffes Calming Chews is evidence that the formulation of the Wuffes |

7

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  | Calming Chews is at a minimum functionally to or the same as the formulation of Nutramax's Solliquin® product, including the amounts and ratios of L-Theanine, extracts of *magnolia* and *phellodendron*, and whey protein that are proven to be synergistically effective in modulating at least one neurotransmitter.<br><br>Solliquin® is a product manufactured and distributed by Plaintiffs that contains 75 mg of extracts of *Magnolia officinalis and Phellodendron amurense* and 35 mg of L-Theanine (for dogs or cats weighing less than 30 pounds). By relying on this Solliquin® study, Wuffes acknowledges that the Wuffes Calming Chews have a comparable formulation and effect as the Solliquin® used in Landsberg 2017. The formulation for Nutramax's Solliquin® product has been extensively studied, and these studies show L-Theanine and extracts of *magnolia* and *phellodendron* are present in the Solliquin® formulation in amounts synergistically effective to modulate one or more neurotransmitters. *See, e.g.*, Landsberg et al., The Effects of a Nutritional Supplement (Solliquin) in Reducing Fear and Anxiety in a Laboratory Model of Thunder-induced Fear and Anxiety, PROCEEDINGS OF THE 11TH INTERNATIONAL VETERINARY BEHAVIOR MEETING (2017); DePorter et al., Case Report Series of Clinical Effectiveness and Safety of Solliquin® for Behavioral Support in Dogs and Cats, VETERINARY BEHAVIOR SYMPOSIUM (2016); Ex. 2 at 9:1-11:11, 11:11-13:6.<br><br>Thus, based on this assertion that the formulation for the Wuffes Calming Chews is comparable or functionally the same as the formulation of Solliquin®, the formulation for the Wuffes Calming Chews must include "a combination of L-theanine, a whey protein, an extract of *magnolia*, and an extract of *phellodendron* provided in amounts synergistically effective to modulate one or more neurotransmitters"—just like the Solliquin® formulation. |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  | In addition to Wuffes equating its formulation to that of Solliquin®, many other statements made by Wuffes also support the conclusion that the ingredients in the Wuffes Calming Chews, which on information and belief are manufactured by SynergyLabs, are provided in amounts synergistically effective to modulate one or more neurotransmitters.<br><br>For example, Wuffes has advertised that the ingredients in its Calming Chew formulation are present in synergistically effective amounts by asserting that "[t]he ingredients in our Calming Chews have been scrutinized in thousands of studies, and are meticulously selected for their *combined effect* to reduce stress and promote calm."<br><br><br><br>The product label for the Wuffes Calming Chews asserts that the formulation used in the Wuffes Calming Chews is "clinically tested" and "promotes relaxation." It further |

9

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  | states that the Wuffes Calming Chews are ""[s]cientifically-formulated to promote a sense of relaxation and maintain calmness during environmentally-induced stress." |
|  | A POSITA would have understood that the advertised calming effect that allegedly comes with administering the formulation of the Wuffes Calming Chews is due at least in part to the fact that the "combined effect" of the ingredients "[b]oosts natural calming neurotransmitters, including serotonin and GABA." |
|  | How can I benefit my dog?                                                                                                      —<br><br>Our expertly formulated chews contain four clinically proven ingredients to help your pup feel more relaxed and balanced – without the strong sedatives. Whether it's thunder, travel, new environments, new people or spending time alone, it's about time they felt less nervous, stressed and out of it. Benefits include:<br><br>• Easing signs of anxiety and nervousness<br>• Supporting calmer behavior in stressful situations, like car rides or visits to the vet.<br>• Helps regulate the stress hormone, cortisol<br>• Promotes a healthy, more stable stress response<br>• Supports mood balancing brain chemicals<br>• Boosts natural calming neurotransmitters, including serotonin and GABA<br>• Promotes emotional stability without sedation<br>• Keep your dog relaxed, but still alert, playful and full of personality |
|  | The "Talbott et. al. 2013" study cited on Wuffes website also states "[t]he combination of magnolia plus phellodendron appears to be even more effective in controlling stress/anxiety compared to either herb used separately."). |
|  | Indeed, the Wuffes website has asserted that the Wuffes Calming Chews are "[f]ormulated with active ingredients at *meaningful doses*." |

10

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| |  These statements, taken individually and/or together, support the conclusion that the amounts and ratios of L-Theanine and extracts of *magnolia* and *phellodendron* in the Wuffes Calming Chews are present in amounts synergistically effective to modulate at least one neurotransmitter (e.g. serotonin and GABA) and reduce symptoms of anxiety, such as stress. |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **2[pre].** The anxiolytic composition | To the extent the preamble is limiting, the Accused Product is "the |

11

| Claim | Wuffes Calming Chews |
|---|---|
| of claim 1 | anxiolytic composition of claim 1" for the reasons set forth above with respect to Claim 1 and incorporated by reference herein. |
| **2[a].** including the extract of *magnolia*. | The Wuffes Calming Chews include "the extract of *magnolia*."<br><br>For example, each chew contains 75 mg of Relora®.<br><br> |

12

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  | **ACTIVE INGREDIENTS PER CHEW, (3g)**<br><br>Relora® – 75mg<br>L-Theanine – 35mg<br>L-Tryptophan – 35mg<br>Chamomile Extract – 50mg<br><br>Relora® includes "the extract of *magnolia*."<br><br>**Relora®**<br><br>← →<br><br>A powerful, natural blend of Magnolia and Phellodendron bark extracts that is clinically proven to help manage stress by supporting the normal cortisol response – the body's main stress hormone – and promoting calming brain chemicals, including GABA and serotonin for long-term emotional balance.<br><br>The "Talbott et. al. 2013" study cited on Wuffes website states "[t]he subject of this study, Relora® (Next Pharmaceuticals, Inc, Salinas, CA), is a proprietary dietary supplement formulation consisting of a blend of extracts of *Magnolia officinalis* bark and *Phellodendron amurense* bark standardized to honokiol and berberine, respectively." |

13

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **3[pre].** The anxiolytic composition of claim 2, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 2" for the reasons set forth above with respect to Claim 2 and incorporated by reference herein. |
| **3[a].**  wherein  the  extract of *magnolia* is an extract of *Magnolia officinalis*. | The extract of *magnolia* in the Wuffes Calming Chews is "an extract of *magnolia officinalis*." <br><br> For example, each chew contains 75 mg of Relora®. <br><br> |

14

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | ACTIVE INGREDIENTS PER CHEW, (3g)<br><br>Relora® – 75mg<br>L-Theanine – 35mg<br>L-Tryptophan – 35mg<br>Chamomile Extract – 50mg<br><br>The "the extract of *magnolia*" in Relora® is "an extract of *magnolia officinalis*." |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| |  The "Talbott et. al. 2013" study cited on Wuffes website states "[t]he subject of this study, Relora® (Next Pharmaceuticals, Inc, Salinas, CA), is a proprietary dietary supplement formulation consisting of a blend of extracts of *Magnolia officinalis* bark and *Phellodendron amurense* bark standardized to honokiol and berberine, respectively." |

16

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **4[pre].** The anxiolytic composition of claim 3, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 3" for the reasons set forth above with respect to Claim 3 and incorporated by reference herein. |
| **4[a].** wherein the extract of *Magnolia officinalis* includes at least one of honokiol and magnolol. | The extract of *Magnolia officinalis* in the Wuffes Calming Chews includes at least one of honokiol and magnolol.<br><br>For example, the "Talbott et. al. 2013" study cited on Wuffes website states "[t]he subject of this study, Relora® (Next Pharmaceuticals, Inc, Salinas, CA), is a proprietary dietary supplement formulation consisting of a blend of extracts of *Magnolia officinalis* bark and *Phellodendron amurense* bark standardized to honokiol and berberine, respectively." |

17

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **5[pre].** The anxiolytic composition of claim 1, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 1" for the reasons set forth above with respect to Claim 1 and incorporated by reference herein. |
| **5[a].** including the extract of *phellodendron*. | The Wuffes Calming Chews include "the extract of *phellodendron*." For example, each chew contains 75 mg of Relora®. |

18

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | ACTIVE INGREDIENTS PER CHEW, (3g)<br><br>Relora® – 75mg<br>L-Theanine – 35mg<br>L-Tryptophan – 35mg<br>Chamomile Extract – 50mg<br><br>Relora® includes "the extract of *phellodendron*."<br><br>Relora®<br><br>⊖ ⊕<br><br>A powerful, natural blend of Magnolia and Phellodendron bark extracts that is clinically proven to help manage stress by supporting the normal cortisol response – the body's main stress hormone – and promoting calming brain chemicals, including GABA and serotonin for long-term emotional balance.<br><br>The "Talbott et. al. 2013" study cited on Wuffes website states "[t]he subject of this study, Relora® (Next Pharmaceuticals, Inc, Salinas, CA), is a proprietary dietary supplement formulation consisting of a blend of extracts of *Magnolia officinalis* bark and *Phellodendron amurense* bark standardized to honokiol and berberine, respectively." |

19

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **6[pre].** The anxiolytic composition of claim 5, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 5" for the reasons set forth above with respect to Claim 5 and incorporated by reference herein. |
| **6[a].** wherein the extract of *phellodendron* is an extract of *Phellodendron amurense*. | The "extract of *phellodendron*" in the Wuffes Calming Chews "is an extract of *Phellodendron amurense*." |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | The "Talbott et. al. 2013" study cited on Wuffes website states "[t]he subject of this study, Relora® (Next Pharmaceuticals, Inc, Salinas, CA), is a proprietary dietary supplement formulation consisting of a blend of extracts of *Magnolia officinalis* bark and *Phellodendron amurense* bark standardized to honokiol and berberine, respectively." |

21

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **7[pre].** The anxiolytic composition of claim 6, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 6" for the reasons set forth above with respect to Claim 6 and incorporated by reference herein. |
| **7[a].** wherein the extract of *Phellodendron amurense* includes berberine. | The "extract of *phellodendron amurense*" in the Wuffes Calming Chews includes berberine.<br><br>For example, the "Talbott et. al. 2013" study cited on Wuffes website states "[t]he subject of this study, Relora® (Next Pharmaceuticals, Inc, Salinas, CA), is a proprietary dietary supplement formulation consisting of a blend of extracts of *Magnolia officinalis* bark and *Phellodendron amurense* bark standardized to honokiol and berberine, respectively." |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **8[pre].** The anxiolytic composition of claim 1, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 1" for the reasons set forth above with respect to Claim 1 and incorporated by reference herein. |
| **8[a].**   including   the   extract of *magnolia* and   the   extract of *phellodendron*, wherein the extract of *magnolia* is an extract of *Magnolia officinalis*,   and   the   extract of *phellodendron* is   an   extract of *Phellodendron amurense*. | The Wuffes Calming Chews include "the extract of *magnolia* and the extract of *phellodendron*, wherein the extract of *magnolia* is an extract of *Magnolia officinalis*, and the extract of *phellodendron* is an extract of *Phellodendron amurense*" for the same reasons set forth above with respect to claims 1-3 and 5-6 and incorporated by reference herein. |

23

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **9[pre].** The anxiolytic composition of claim 1, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 1" for the reasons set forth above with respect to Claim 1 and incorporated by reference herein. |
| **9[a].** wherein the combination provides an anxiolytic change in a release pattern of one or more neurotransmitters. | On information and belief, the combination of L-theanine, an extract of *magnolia*, and an extract of *phellodendron* in Wuffes Calming Chews "provides an anxiolytic change in a release pattern of one or more neurotransmitters."<br><br>For example, SynergyLabs' customer, Wuffes, has asserted that the Wuffes Calming Chews work, at least in part, by "boost[ing] natural calming neurotransmitters, including serotonin and GABA."<br><br>**How can I benefit my dog?** —<br><br>Our expertly formulated chews contain four clinically proven ingredients to help your pup feel more relaxed and balanced – without the strong sedatives. Whether it's thunder, travel, new environments, new people or spending time alone, it's about time they felt less nervous, stressed and out of it. Benefits include:<br><br>• Easing signs of anxiety and nervousness<br>• Supporting calmer behavior in stressful situations, like car rides or visits to the vet.<br>• Helps regulate the stress hormone, cortisol<br>• Promotes a healthy, more stable stress response<br>• Supports mood balancing brain chemicals<br>• Boosts natural calming neurotransmitters, including serotonin and GABA<br>• Promotes emotional stability without sedation<br>• Keep your dog relaxed, but still alert, playful and full of personality<br><br>On information and belief, a POSITA would have understood that a boost in "natural calming neurotransmitters," such as serotonin and GABA, constitutes an anxiolytic change in a release pattern. For example, SynergyLabs' client, Wuffes, has cited multiple studies that show the effect of the ingredients of the Wuffes Calming Chews on neurotransmitters and how that effect manifests in ameliorating anxiety. |

24

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | **The Research** — <br><br> - Significantly reduces cortisol levels in both dogs and humans, helping to downregulate the HPA axis and reduce stress (Talbott et al., 2013; Landsberg et al., 2017). <br> - Improves mood scores by reducing tension, confusion, and fatigue, while increasing vigor and calmness (Talbott et al., 2013). <br> - Demonstrated behavioral improvements within days of supplementation in dogs with thunderstorm anxiety (Landsberg et al., 2017 – Solliquin Study). <br> - Reduces hyperactivity and anxiety-like behavior in response to noise stress (Landsberg et al., 2017). |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **10[pre].** The anxiolytic composition of claim 9, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 9" for the reasons set forth above with respect to Claim 9 and incorporated by reference herein. |
| **10[a].** wherein the neurotransmitters are brain neurotransmitters selected from the group consisting of glutamate and γ-aminobutyric acid (GABA). | On information and belief, the neurotransmitters are brain neurotransmitters selected from the group consisting of γ-aminobutyric acid (GABA) and serotonin.<br><br>For example, SynergyLabs' customer, Wuffes, has asserted that the Wuffes Calming Chews work, at least in part, by "boost[ing] natural calming neurotransmitters, including serotonin and GABA."<br><br>**How can I benefit my dog?**<br><br>Our expertly formulated chews contain four clinically proven ingredients to help your pup feel more relaxed and balanced – without the strong sedatives. Whether it's thunder, travel, new environments, new people or spending time alone, it's about time they felt less nervous, stressed and out of it. Benefits include:<br><br>• Easing signs of anxiety and nervousness<br>• Supporting calmer behavior in stressful situations, like car rides or visits to the vet.<br>• Helps regulate the stress hormone, cortisol<br>• Promotes a healthy, more stable stress response<br>• Supports mood balancing brain chemicals<br>• Boosts natural calming neurotransmitters, including serotonin and GABA<br>• Promotes emotional stability without sedation<br>• Keep your dog relaxed, but still alert, playful and full of personality |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **13[pre].** A method for reducing, ameliorating, or treating symptoms of anxiety, | To the extent the preamble is limiting, SynergyLabs practices and/or contributes to others "reducing, ameliorating, or treating symptoms of anxiety."<br><br>For example, SynergyLabs at a minimum contributes to others "reducing, ameliorating, or treating symptoms of anxiety" by supplying the Wuffes Claming Chews to Wuffes and Wuffes' customers. The Wuffes Calming Chews are at least a material part of the claimed invention because they are an "anxiolytic composition" and reduce, ameliorate, or treat symptoms of anxiety for at least the reasons set forth with respect to Claim 1 and below. Moreover, as set forth in the Complaint, on information and belief, SynergyLabs had at a minimum constructive knowledge that the Wuffes Calming Chews were especially made for an infringing use at least because they are a direct competitor in the pet supplement market and service other direct competitors in the pet supplement market and should have known of the patented invention. Moreover, as set forth in the Complaint and as made clear in this Exhibit, on information and belief, the Wuffes Calming Chews are not a staple article or commodity of commerce suitable for substantial non-infringing use.<br><br>On information and belief, the Wuffes Calming Chews are formulated, manufactured, and marketed as a way to reduce, ameliorate, or treat symptoms of anxiety. |

27

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | **Calming Chews**<br><br>180g / 6.35oz / 60 chews<br><br>Our expertly formulated Calming Chews contain four clinically proven ingredients to support your pup's everyday stress and occasional anxiety – without the strong sedatives. A chilled mood for them, peace of mind for you.<br><br>The key to their calm? Relora®. A stress-regulating powerhouse that's clinically proven to help support the cortisol response*, improve mood** and promote calm behaviour***. Every hero ingredient needs a sidekick – or three. Enter: green tea-derivative, L-Theanine, to promote calmness, L-Tryptophan, to balance their emotions and Chamomile – the soothing plant-based extract that works for us – that works just as well for our pups.<br><br>★★★★☆ 44 Reviews<br><br>Promotes relaxation   Reduces hyperactivity   Regulates cortisol |

28

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| |  |
| **13[a].** comprising administration of a combination of L-theanine, at least one of *magnolia* and an extract of *magnolia*, and at least one of *phellodendron* and an extract of *phellodendron* in amounts synergistically effective to modulate one or more neurotransmitters. | SynergyLabs administers and/or contributes to others' administering "a combination of L-theanine, at least one of *magnolia* and an extract of *magnolia*, and at least one of *phellodendron* and an extract of *phellodendron* in amounts synergistically effective to modulate one or more neurotransmitters." <br><br> As set forth above with respect to Claim 1 and incorporated by reference here, the Wuffes Calming Chews contain a combination of L-theanine, an extract of *magnolia*, and an extract of *phellodendron* in amounts synergistically effective to modulate one or more neurotransmitters. |

29

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | SynergyLabs administers and/or contributes to others administering the Wuffes Calming Chews to dogs.<br><br>For example, on information and belief, SynergyLabs has manufactured and/or manufactures the Wuffes Calming Chews and has sold and/or sells them to Wuffes, which in turn administers and/or induces veterinarians and customers to administer the Wuffes Calming Chews to dogs in a daily dosage dependent on their weight.<br><br><br><br>On information and belief, Wuffes also administers the Wuffes Calming |

30

| CLAIM | WUFFES CALMING CHEWS |
|-------|----------------------|
|       | Chews to dogs through its Wuffes "Veterinary Advisory Board." <br><br> **Scientifically Formulated** <br><br> All of our products are scientifically formulated in collaboration with our Veterinary Advisory Board, so your pup can benefit from the best ingredients in the industry. |

31

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **14[pre].** The method of claim 13, | To the extent the preamble is limiting, SynergyLabs practices and/or contributes to others' practice of "the method of claim 13" for the reasons set forth above with respect to Claim 13 and incorporated by reference herein. |
| **14[a].** wherein the combination includes the extract of *magnolia*. | The combination in the Wuffes Calming Chews includes the extract of magnolia for the reasons set forth above with respect to Claim 2 and incorporated by reference herein. |

32

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **15[pre].** The method of claim 14, | To the extent the preamble is limiting, SynergyLabs practices and/or contributes to others' practice of "the method of claim 14" for the reasons set forth above with respect to Claim 14 and incorporated by reference herein. |
| **15[a].** wherein the extract of *magnolia* is an extract of *Magnolia officinalis*. | The extract of magnolia in the Wuffes Calming Chews is an extract of *Magnolia officinalis* for the reasons set forth above with respect to Claim 3 and incorporated by reference herein. |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **16[pre].** The method of claim 13, | To the extent the preamble is limiting, SynergyLabs practices and/or contributes to others' practice of "the method of claim 13" for the reasons set forth above with respect to Claim 13 and incorporated by reference herein. |
| **16[a].** wherein the combination includes the extract of *phellodendron*. | The combination in the Wuffes Calming Chews includes the extract of *phellodendron* for the reasons set forth above with respect to Claim 5 and incorporated by reference herein. |

34

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **17[pre].** The method of claim 16, | To the extent the preamble is limiting, SynergyLabs practices and/or contributes to others' practice of "the method of claim 16" for the reasons set forth above with respect to Claim 16 and incorporated by reference herein. |
| **17[a].** wherein the extract of *phellodendron* is an extract of *Phellodendron amurense*. | The extract of *phellodendron* in the Wuffes Calming Chews is an extract of *Phellodendron amurense* for the reasons set forth above with respect to Claim 6 and incorporated by reference herein. |

35

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **18[pre].** The method of claim 13, | To the extent the preamble is limiting, SynergyLabs practices and/or contributes to others' practice of "the method of claim 13" for the reasons set forth above with respect to Claim 13 and incorporated by reference herein. |
| **18[a].** wherein the combination includes the extract of *magnolia* and the extract of *phellodendron*, wherein the extract of *magnolia* is an extract of *Magnolia officinalis*, and the extract of *phellodendron* is an extract of *Phellodendron amurense*. | The combination in the Wuffes Calming Chews includes the extract of *magnolia* and the extract of *phellodendron*, wherein the extract of *magnolia* is an extract of *Magnolia officinalis*, and the extract of *phellodendron* is an extract of *Phellodendron amurense* for the reasons set forth above with respect to Claim 8 and incorporated by reference herein. |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **19[pre].** The method of claim 13, | To the extent the preamble is limiting, SynergyLabs practices and/or contributes to others' practice of "the method of claim 13" for the reasons set forth above with respect to Claim 13 and incorporated by reference herein. |
| **19[a].** wherein the combination provides an anxiolytic change in a release pattern of one or more neurotransmitters, and the neurotransmitters are brain neurotransmitters selected from the group consisting of glutamate and γ-aminobutyric acid (GABA). | The combination in the Wuffes Calming Chews provides an anxiolytic change in a release pattern of one or more neurotransmitters, and the neurotransmitters are brain neurotransmitters selected from the group consisting of glutamate and γ-aminobutyric acid (GABA) for the reasons set forth above with respect to Claims 9 and 10 and incorporated by reference herein. |

37

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **20[pre].** The method of claim 13, | To the extent the preamble is limiting, SynergyLabs practices and/or contributes to others' practice of "the method of claim 13" for the reasons set forth above with respect to Claim 13 and incorporated by reference herein. |
| **20[a].** wherein the administration of the combination includes orally administering the combination. | SynergyLabs orally administers and/or contributes to others administering the combination.<br><br>For example, on information and belief, SynergyLabs has manufactured and/or manufactures the Wuffes Calming Chews and has sold and/or sells them to Wuffes, which in turn administers and/or induces veterinarians and customers to administer them according to the product label. The product label directs pet owners to administer the chews to their dogs. |

38

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| |  It is also evident that the chews are meant to be orally administered because, for example, the chews are allegedly formulated to have an alleged "great taste" and "pork liver flavor." |

39

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| |  |

40