**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

|  |  |
|---|---|
| NUTRAMAX LABORATORIES, INC. AND NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SYNERGYLABS, LLC,<br><br>    Defendants. | Case No. 0:26-cv-60930<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Madeline E. Byrd of the law firm of Alston & Bird LLP, 90 Park Avenue, 15th Floor, New York, NY 10016 (212) 210-9400, for purposes of appearance as co-counsel on behalf of Defendants Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Madeline E. Byrd to receive electronic filings in this case, and in support thereof states as follows:

1.      Madeline E. Byrd is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of New York (No. 5718978) and Bar of California (No. 338504), as well as the following United States District Courts and United States Courts of Appeals: Southern District of New York, Eastern District of New York, Northern District of New



MIAMI  100 SE 2nd St., Ste.1200 •  Miami, FL, 33131• Tel: 305 347.4040 • Fax: 305.347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 •  Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954 384.2510
TAMPA  142 West Platt St., Ste.118 •  Tampa, FL, 33606 • Tel: 813 284.4002

York, Central District of Illinois, Central District of California, and U.S. Court of Appeals for the Federal Circuit.

2.      Movant, Martin B. Goldberg, Esquire, of the law firm of Lash Goldberg Fineberg LLP, 2500 Weston Road, Suite 220, Fort Lauderdale, FL 33331, (954) 384-2500, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Madeline E. Byrd has made payment of this Court's $ 250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Madeline E. Byrd, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Madeline E. Byrd at email address: maddy.byrd@alston.com.

WHEREFORE, Martin B. Goldberg, moves this Court to enter an Order allowing Madeline E. Byrd to appear before this Court on behalf of Defendants Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Madeline E. Byrd.



LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305 347.4040 • Fax: 305.347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954 384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813 284.4002

Date: April 8, 2026

Respectfully submitted,

LASHGOLDBERG
Lash Goldberg Fineberg LLP
2500 Weston Road, Suite 220
Fort Lauderdale, FL 33331
Tel: (954) 384-2500
Fax: (954) 384-2510

By: /s/ *Martin B. Goldberg*
MARTIN B. GOLDBERG
Florida Bar No. 827029
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
BENJAMIN R. SHIEKMAN
Florida Bar No. 113114
bshiekman@lashgoldberg.com
obencomo@lashgoldberg.com

*Counsel for Plaintiffs Nutramax Laboratories, Inc. and
Nutramax Laboratories Veterinary Sciences, Inc.*

3


LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305 347.4040 • Fax: 305.347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954 384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813 284.4002