**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. AND NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> SYNERGYLABS, LLC, <br><br>     Defendants. | Case No. 0:26-cv-60930 <br><br> **JURY TRIAL DEMANDED** |

**<u>CERTIFICATION OF MADELINE E. BYRD</u>**

Madeline E. Byrd, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar, California Bar, Southern District of New York, Eastern District of New York, Northern District of New York, Central District of Illinois, Central District of California, and U.S. Court of Appeals for the Federal Circuit; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*/s/ Madeline E. Byrd*
Madeline E. Byrd
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016
Tel: (212) 2140-9400
maddy.byrd@alston.com