**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. AND NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> SYNERGYLABS, LLC, <br><br>     Defendants. | Case No. 0:26-cv-60930 <br><br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Madeline E. Byrd, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys in the United States District Court for the Southern District

of Florida and Section 2B of the CM/ECF Administrative Procedures.   This Court having

considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Madeline E. Byrd may appear and participate in this action on

behalf of Defendants Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary

Sciences, Inc. The Clerk shall provide electronic notification of all electronic filings to Madeline

E. Byrd, at maddy.byrd@alston.com.

2

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day _____, of

2026.

_____
Honorable Melissa Damian
United States District Judge

Copies furnished to: All Counsel of Record