## VERIFIED RETURN OF SERVICE

**State of Florida**                    **County of Southern**                    **District Court**

Case Number: 0:26-CV-60930 DAMIAN

Plaintiff:
**NUTRAMAX LABORATORIES, INC.
AND NUTRAMAX LABORATORIES
VETERINARY SCIENCES, INC.,**

vs.

Defendant:
**SYNERGYLABS, LLC,**

For:
Martin B. Goldberg, Esq.
LASH & GOLDBERG LLP
100 S.E Second Street
Suite 1200
Miami, FL 33131

Received by Jacqueline Garcia on the 3rd day of April, 2026 at 9:00 am to be served on **SYNERGYLABS, LLC Registered Agent, Richard D. Ticktin, 888 SE 3rd Avenue, Suite 301, Ft. Lauderdale, FL 33316**.

I, Jacqueline Garcia, do hereby affirm that on the **6th day of April, 2026** at **2:05 pm, I:**

served a **CORPORATION, LLC, PARTNERSHIP OR BUSINESS ORGANIZATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR PATENT INFRINGEMENT** with the date and hour of service endorsed thereon by me, to: **GEORGIA FRECKLETON** as **DESIGNATED SERVICE TECH. FOR R/A** for **SYNERGYLABS, LLC**, at the address of: **888 SE 3rd Avenue, Suite 301, Ft. Lauderdale, FL 33316**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50+, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 160, Hair: Brown, Glasses: N

Under penalty of perjury, I swear or affirm, pursuant to Fla. Stat 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Jacqueline Garcia
SPS #1449

**SERVICE OF PROCESS, INC.
3741 SW 132 AVE
MIAMI, FL 33175
(305) 226-6809**

Our Job Serial Number: SOP-2026000488

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

KUSH

Case 0:26-cv-60930-MD   Document 6   Entered on FLSD Docket 04/02/2026   Page 1 of 2

*DA#1449*

Georgia Freckleton  4/6/26  2:05pm

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

50+ B/F 56 160
Brown NG

for the

Southern District of Florida ▾

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. AND NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> SYNERGYLABS, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 0:26-CV-60930 DAMIAN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> SYNERGYLABS, LLC
> Registered Agent  Richard D. Ticktin
> 888 SE 3rd Avenue, Suite 301
> Ft. Lauderdale, FL 33316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Martin B. Goldberg, Esq.
> Lash Goldberg Fineberg LLP
> 2500 Weston Road, Suite 220
> Fort Lauderdale, FL 33331

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  04/02/2026

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

340