**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. AND NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNERGYLABS, LLC, ROWLO, LLC, AND ROWLO CAPITAL US, INC.,<br><br>Defendants. | Case No. 0:26-cv-60930 |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND JOINT DISCOVERY PROTOCOL**

Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. (collectively, "Plaintiffs") and Defendants SynergyLabs, LLC, Rowlo, LLC (d/b/a Wuffes), and Rowlo Capital US, Inc. (collectively, "Defendants" and with Plaintiff, the "Parties"), jointly move this Court for entry of a Stipulated Protective Order and Joint Discovery Protocol, and in support, state:

1. This matter involves claims of infringement related to two different patents. Because of the subject matter, discovery in this case will involve confidential and proprietary information related to research and development, business strategy, and financially sensitive information. As such, the Parties agreed that a protective order was necessary to ensure the sensitive information contemplated to be exchanged remains secure and protected during this proceeding and beyond. Therefore, the Parties negotiated and agreed upon the proposed Stipulated Protective Order attached hereto as Exhibit "A."

2. Additionally, the Parties agreed for the need to have a Discovery Protocol, and have developed the Joint Discovery Protocol attached hereto as Exhibit "B." The Joint Discovery Protocol was developed through negotiation by the Parties and seeks to regulate the format and production of electronically stored information ("ESI"). The Parties contemplate ESI will need to be produced, and the proposed Joint Discovery Protocol will streamline the review and production of ESI in this case.

3. Based on the foregoing, the Parties respectfully request the Court enter the proposed discovery orders, attached as Exhibit "A" and "B", respectively, as these orders will help discovery proceed efficiently.

WHEREFORE, Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. and Defendants SynergyLabs, LLC, Rowlo, LLC, and Rowlo Capital US, Inc. respectfully request the Court enter the proposed Stipulated Protective Order and proposed Joint Discovery Protocol, attached as Exhibit "A" and Exhibit "B" to this motion.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Plaintiffs and Defendants met and conferred on the relief sought on the instant motion and all agree to the relief requested herein.

By: /s/ Martin B. Goldberg

Martin B. Goldberg
Florida Bar No. 827029
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Benjamin R. Shiekman
Florida Bar No. 113114
bshiekman@lashgoldberg.com
obencomo@lashgoldberg.com

LASHGOLDBERG
Lash Goldberg Fineberg LLP
2500 Weston Road, Suite 220
Fort Lauderdale, FL 33331
Tel: (954) 384-2500
Fax: (954) 384-2510

Natalie C. Clayton (*admitted pro hac vice*)
natalie.clayton@alston.com
Madeline E. Byrd (*admitted pro hac vice*)
maddy.byrd@alston.com
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel for Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.*

By: /s/ Andrew D. Lockton

Andrew D. Lockton
Fla. Bar. No. 115519
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
(561) 625-6575
(561) 625-6572 fax
alockton@mchaleslavin.com
emchale@mchaleslavin.com
litigation@mchaleslavin.com

Shawn K Leppo
(PA Bar No. 94569)
(*admitted pro hac vice)*
McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, Pennsylvania 17101
(717) 237-5218
(717) 260-1718 (fax)
sleppo@mcneeslaw.com

*Counsel for Defendant SynergyLabs, LLC*

By: /s/ William Barry Blum

William Barry Blum
VENABLE LLP
wbblum@venable.com
801 Brickell Ave. Suite 1500
Miami, FL 33131
Telephone: (305) 349-2339
Facsimile: (305) 349-2310

Christopher P. Borello
James R. Tyminski
VENABLE LLP
151 West 42nd Street
New York, NY 10036
Telephone: (212) 370-6241
Facsimile: (212) 307-5598
cborello@venable.com
jtyminski@venable.com

*Counsel for Defendants Rowlo, LLC and Rowlo Capital US, Inc.*